UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
TRINITY INNOVATIVE                              :           Case No. 09-20579REF
ENTERPRISES, LLC,                               :       :       Chapter 11
    Debtor                    :

## ORDER

AND NOW, this 26th day of May, 2009, upon my consideration of Debtor's Motion For Willful Violation Of The Automatic Stay, the Answer And Objections Of Direct Buy, Inc. To Debtor's Motion For Willful Violation Of The Automatic Stay, after hearing held on March 26, 2009, and after the briefs filed by the parties, and based upon the reasons stated in the accompanying Statement of Reasons in Support of May 26, 2009 Order,

IT IS HEREBY ORDERED that Debtor's Motion For Willful Violation Of The Automatic Stay is DENIED.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge