UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: TRINITY INNOVATIVE         :    Case No. 09-20579REF
       ENTERPRISES, LLC,          :    Chapter 7
          Debtor                           :

## ORDER

AND NOW, this 23d day of November, 2009, upon my consideration of Debtor's Motion To Reconsider Order [sic] July 13, 2009 Denying Motion To Assume Executory Contract Based on Opinion Regarding First Stay Relief Motion of DirectBuy, Inc. ("Motion To Reconsider July 13, 2009 Order"), the Objection thereto filed by DirectBuy, Debtor's Motion To Reconsider Order [sic] July 15, 2009 Granting Third Stay Relief Motion for Post-Petition Defaults ("Motion To Reconsider July 15, 2009 Order"), the Objection thereto filed by DirectBuy, and the briefs filed by the parties, and after holding a hearing and argument on both Motions To Reconsider on August 21, 2009, and upon the findings of fact and conclusions of law stated in the accompanying Statement of Reasons in Support of Order Denying Debtor's Motions To Reconsider,

IT IS HEREBY ORDERED that Debtor's Motion To Reconsider July 13, 2009 Order is DENIED.

IT IS FURTHER ORDERED that Debtor's Motion To Reconsider July 15, 2009 Order is DENIED.

BY THE COURT

_____
Richard E. Fehling
U.S. Bankruptcy Judge